**No. 57040.**—Bohemian Distributing Co. et al. *v.* United States, protests 105427–K, etc. (Los Angeles).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 57041.**—Wing Fat Co. *v.* United States, protest 186846–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables, prepared or preserved, similar in all material respects to those the subject of Abstract 55731, the claim of the plaintiff was sustained.